1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

10  TIEN TIEN FOOD COMPANY, INC. a
California corporation

11              Plaintiff,

12          vs.

13  GATE GOURMET, INC., a Delaware
corporation; and DOES 1 through 50

14

15              Defendants.

16

17

18

CASE NO. 4:11-cv-5272 CW

~~[PROPOSED]~~ ORDER GRANTING
DEFENDANT GATE GOURMET, INC.'S
MOTION TO TRANSFER
PLAINTIFF'S COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(b)(3)

19

20

21

22

23

24

25

26

27

28

1    Defendant Gate Gourmet, Inc.'s Motion to Dismiss or Transfer Plaintiff's Complaint

2  Pursuant to Fed. R. Civ. P. 12(b)(3) or, in the Alternative, To Dismiss Pursuant to Fed. R. Civ. P.

3  12(b)(6) (the "Motion") came on regularly for hearing before this Court on January 19, 2012.  The

4  appearances of counsel for the parties were made and noted on the record.

5    After full consideration of the written evidence and arguments submitted by the parties, the

6  Court's records and files on this action, and the oral arguments of the parties' counsel, IT IS

7  HEREBY ORDERED AS FOLLOWS:

8    1.    The Motion shall be and hereby is GRANTED.

9

10    *[and]*

11    2.    Plaintiff's Complaint is transferred to the Eastern District of Virginia pursuant to

12  Fed. R. Civ. P. 12(b)(3).

13

14    IT IS SO ORDERED.

15

16  Dated: _____1/23/2012_____

                                                                        

17  HONORABLE CLAUDIA WILKEN

                                                                       UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

**PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS OR TRANSFER PLAINTIFF'S COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(b)(3) OR, IN THE ALTERNATIVE, TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**